[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 24, 2009
THOMAS K. KAHN
CLERK

_____

No. 09-10432
Non-Argument Calendar

_____

D. C. Docket No. 06-00079-CR-J-20-MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ERIC LEON REEVES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(July 24, 2009)

Before TJOFLAT, CARNES and FAY, Circuit Judges.

PER CURIAM:

Sylvia A. Irvin, appointed counsel for Eric Leon Reeves in this appeal from

the district court's denial of Reeves's <u>pro se</u> motion to reduce his sentence under 18 U.S.C. § 3582(c)(2), has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of relief under § 3582(c)(2) is **AFFIRMED**.